UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

-v-                                                    S1 09 Cr. 1184 (RJH)

RAJ RAJARATNAM and
DANIELLE CHIESI,

            Defendants.

------------------------------------------------------------x

## NOTICE OF DEFENDANT RAJ RAJARATNAM'S MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAP INTERCEPTIONS OF HIS CELLULAR TELEPHONE

PLEASE TAKE NOTICE that upon the attached memorandum of law and the exhibits attached thereto, Defendant Raj Rajaratnam, by and through his counsel, will move this Court, before the Honorable Richard J. Holwell, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at 10:30 a.m. on June 17, 2010, to suppress evidence derived from wiretap interceptions of his cellular telephone, for an evidentiary hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978), and for such other and further relief as this Court may deem proper.

Dated: May 7, 2010
      New York, NY

                                   Respectfully submitted,

                                   John M. Dowd (admitted *pro hac vice*)
                                   Terence J. Lynam (admitted *pro hac vice*)
                                   Patricia A. Millett
                                   James E. Sherry (admitted *pro hac vice*)
                                   Isaac J. Lidsky
                                   Anne J. Lee
                                   AKIN GUMP STRAUSS HAUER & FELD LLP

1333 New Hampshire Ave, NW
Washington, DC 20036
(202) 887-4000 (phone)
(202) 887-4288 (fax)

Robert H. Hotz, Jr. (RH-4456)
Samidh Guha (SG-5759)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (phone)
(212) 872-1002 (fax)

*Attorneys for Raj Rajaratnam*