UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - X

                      :

UNITED STATES OF AMERICA

                      :

      - v.-

                      :         S1 09-CR-1184 (RJH)

RAJ RAJARATNAM and
DANIELLE CHIESI,               :

        Defendants        :

- - - - - - - - - - - - - - - - - - - - - - - X

### DEFENDANT RAJ RAJARATNAM'S
### NOTICE OF MOTION FOR LEAVE TO PROCEED *EX PARTE*

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, Defendant Raj Rajaratnam, by and through his counsel, will move this Court at such time as the Court designates, before the Honorable Richard J. Holwell, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a time and date to be set by the Court for an Order pursuant to Federal Rule of Criminal Procedure 17 and the Court's minute order of December 10, 2010 granting Defendant Raj Rajaratnam leave to proceed *ex parte* on his Motion for Early Return of Subpoenas *Duces Tecum* and for such other and further relief as the Court deems just and proper.

Dated:  New York, New York
         December 14, 2010

                    Respectfully submitted,

By: _____
        John M .Dowd (admitted *pro hac vice*)
        Terence J. Lynam (admitted *pro hac vice* )
        Akin Gump Strauss Hauer & Feld LLP
        1333 New Hampshire Ave, NW
        Washington, DC 20036
        (202) 887-4000

Robert H. Hotz, Jr. (RH-4456)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212)872-1000

*Attorneys for Raj Rajaratnam*