UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        *Plaintiff,*

-v-

RAJ RAJARATNAM,

        *Defendant.*

09 Cr. 1184 (RJH)

### McKinsey's Notice of Motion to Quash Subpoena

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of David Greenwald, dated January 28, 2011, Non-party McKinsey & Company, Inc. ("McKinsey"), by and through its counsel, will move this Court at such time as the Court designates, before the Honorable Richard J. Holwell, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a time and date to be set by the Court for an Order pursuant to Federal

Rule of Criminal Procedure 17(c)(2) quashing defendant Raj Rajaratnam's subpoena served upon McKinsey on January 24, 2011, and such other relief as the Court deems just and proper.

Dated: January 28, 2011
New York, NY

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ David Greenwald
David Greenwald
dgreenwald@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Phone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Non-Party McKinsey & Company*