UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            *Plaintiff*,<br><br>      - v -<br><br>RAJ RAJARATNAM,<br><br>                            *Defendant.* | 09 Cr. 1184 (RJH) |

## Anil Kumar's Notice of Motion to Quash Subpoena

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Affidavit of Gregory Morvillo, dated February 4, 2011, Non-party Anil Kumar, by and through his counsel, will move this Court at such time as the Court designates, before the Honorable Richard J. Holwell, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a time and date to be set by the Court for an Order pursuant to Federal Rule of Criminal Procedure 17(c)(2) quashing defendant Raj Rajaratnam's subpoena served upon Mr. Kumar on January 24, 2011, and such other relief as the Court deems just and proper.

Dated: February 4, 2011
       New York, NY

                                    Respectfully Submitted,
                                    MORVILLO, ABRAMOWITZ, GRAND,
                                    IASON, ANELLO & BOHRER, P.C.

                                    By: /s/ Robert G. Morvillo
                                    Robert G. Morvillo
                                    rmorvillo@maglaw.com
                                    565 Fifth Avenue
                                    New York, NY 10017
                                    Phone: (212) 880-9400
                                    Facsimile: (212) 856-9494
                                    *Attorney for Non-Party Anil Kumar*