# AKIN GUMP
# STRAUSS HAUER & FELD LLP

━━━━━━━━━━━━━ Attorneys at Law

JOHN M. DOWD
202.887.4386/1.202.887.4288
jdowd@akingump.com

December 16, 2010



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/11

**VIA FACSIMILE (212-805-7948)**

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Raj Rajaratnam et al. 09-CR-1184 (RJH)

Dear Judge Holwell:

We are writing on behalf of Defendant Raj Rajaratnam in anticipation of trial scheduled to begin February 28, 2010. We respectfully request that you allow each member of Mr. Rajaratnam's defense team to bring one Personal Electronic Device into the courtroom.

The Court's Standing Order regarding Electronic Devices and General Purposes Computing Devices generally prohibits the use of Personal Electronic Devices, such as a cellular telephones or Blackberry's, in courtrooms without an Attorney Service pass. These passes, however, are only available to members of the bar of the Court who possess a New York State Unified Court System Attorney Secure Pass ("OCA Card").

It would greatly aid Mr. Rajaratnam and his counsel at trial if the following individuals were allowed to bring with them the highlighted Personal Electronic Device into the courtroom:

John M. Dowd—Blackberry
Terence J. Lynam—Blackberry
William E. White—Blackberry
Jeffrey M. King—Blackberry
James E. Sherry—Blackberry
Michael Starr—Blackberry
Catherine E. Creely—Blackberry
Jonah McCarthy—Blackberry
James Osborne—Blackberry
Benjamin Klebanoff—Blackberry
Reginald Orcel—Blackberry

Undersigned counsel have conferred with counsel for the government who have indicated they consent to this request.

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, D.C. 20036-1564 / 202.887.4000 / fax: 202.887.4288 / akingump.com

AKIN GUMP
STRAUSS HAUER & FELD LLP
───── Attorneys at Law

Hon. Richard J. Holwell
December 16, 2010
Page 2

Respectfully submitted,

*[signature]*

John M. Dowd
Terence J. Lynam

cc:   Assistant United States Attorney Jonathan R. Streeter
      Assistant United States Attorney Reed M. Brodsky
      Special Assistant United States Attorney Andrew Michaelson
      Alan R. Kaufman, Esq.

*Denied. The Standing Order provides for no variances for attorneys not in compliance*

TRIAL STARTING
03/02/11 - 05/02/11

So ORDERED.

*[signature]*
USDJ    2/24/11

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, D.C. 20036-1564 / 202.887.4000 / fax: 202.887.4288 / akingump.com