Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 13 OCT 2011

Caption:

United States of America v.

Raj Rajaratnam

Docket No.: S2 09 Cr. 1184 (RJH)
Hon. Richard J. Holwell
(District Court Judge)

Notice is hereby given that Raj Rajaratnam appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on 10/13/2011
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ]

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: October 13, 2011   N/A [ ]

Bail/Jail Disposition: Committed [X]   Not committed [ ]   N/A [ ]

Surrender date Nov. 24, 2011 (P.R.)

Appellant is represented by counsel?  Yes [✓] | No [ ]   If yes, provide the following information:

Defendant's Counsel: Terence J. Lynam

Counsel's Address: 1333 New Hampshire Avenue, N.W.

Washington, DC 20036

Counsel's Phone: 202-887-4000

Assistant U.S. Attorney: Jonathan R. Streeter

AUSA's Address: One St. Andrew's Plaza

New York, NY 10007

AUSA's Phone: 212-637-2200

_____
Signature (Terence J. Lynam)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was served on October 13, 2011 by hand and email on the following counsel of record:

> AUSA Jonathan R. Streeter
> AUSA Reed Brodsky
> SAUSA Andrew Z. Michaelson
> United States Attorney's Office
> The Silvio J. Mollo Building
> Southern District of New York
> New York, NY 10007

s/ _Terence J. Lynam_