UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

  UNITED STATES OF AMERICA           :          NOTICE OF APPEARANCE

         - v. -                          :          09 Cr. 1184 (LAP)

  RAJ RAJARATNAM,                      :

         Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                         Respectfully submitted,

                                                         PREET BHARARA
                                                         United States Attorney for the
                                                         Southern District of New York

                                            By:   s/ Amy Lester
                                                         Amy Lester
                                                         Assistant United States Attorney
                                                         (212) 637-2416
                                                         amy.lester@usdoj.gov

cc: All Counsel of Record (via ECF)