UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v.-

RAJ RAJARATNAM,

*Defendant*.

S2 09 Cr. 1184 (LAP)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Christine H. Chung of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of defendant Raj Rajaratnam in the above-captioned matter.

I hereby certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
June 9, 2015

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ Christine Chung
Christine H. Chung
*christinechung@quinnemanuel.com*

51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

*Attorney for Defendant Raj Rajaratnam*