UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAJ RAJARATNAM,<br><br>    *Defendant*. | S2 09 Cr. 1184 (LAP) |

# NOTICE OF MOTION FOR WRIT OF ERROR *CORAM NOBIS*

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Raj Rajaratnam's Motion for Writ of Error Coram Nobis and the accompanying Declaration of George Lau dated June 16, 2015, Defendant Raj Rajaratnam, by and through his undersigned counsel, will move this Court before the Honorable Loretta A. Preska, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date and time as the Court shall designate, for a writ of error *coram nobis*, pursuant to 28 U.S.C. § 1651(a), vacating the order of forfeiture entered on August 13, 2012.

Dated:  June 16, 2015

Respectfully submitted,

JONES DAY

/s/ Samidh Guha

Samidh Guha
Rajeev Muttreja
Ian Samuel
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3721

1

Facsimile: (212) 755-7306
sguha@jonesday.com
rmuttreja@jonesday.com
isamuel@jonesday.com

2

**DECLARATION OF SERVICE**

Samidh Guha, an attorney admitted to practice before the bar of this Court, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing Notice of Motion for Writ of Error *Coram Nobis* will be served upon counsel for the government registered to receive electronic notices in this action via the United States District Court for the Southern District of New York's ECF system upon filing.  Counsel for the government are:

>Michael Ferrara
>Amy Ruth Lester
>U.S. Attorney's Office
>Southern District of New York
>One St. Andrew's Plaza
>New York, New York 10007
>michael.ferrara@usdoj.gov
>amy.lester@usdoj.gov

Dated: June 16, 2015
      New York, New York

                                                            /s/ Samidh Guha
                                                         SAMIDH GUHA