## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7243**

WRITER'S INTERNET ADDRESS
**christinechung@quinnemanuel.com**

November 2, 2015

**VIA ECF & HAND DELIVERY**

Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street, Chambers 2220
New York, New York 10007

Re:   *United States v. Raj Rajaratnam*,
       15 Civ. 5325 (LAP)
       S2 09 Cr. 01184 (LAP)

Dear Chief Judge Preska:

    We represent defendant Raj Rajaratnam regarding his Motion Pursuant to 28 U.S.C. § 2255 to Vacate Convictions and Sentence, filed June 16, 2015 (Cr. Dkt. 354). Samidh Guha of Jones Day (copied below) represents Mr. Rajaratnam in connection with his separately filed Motion for Writ of Error *Coram Nobis*, also filed June 16, 2015 (Cr. Dkt. 351). The United States filed in response to these motions an omnibus opposition brief on October 5, 2015 (Cr. Dkt. 360), after seeking leave to file an oversized brief (Civ. Dkt. 8).

    Mr. Rajaratnam will file separate briefs in further support of the above-referenced motions on November 6, 2015, and respectfully requests leave to submit for each motion a reply brief which together will not exceed 30 pages in total length. The government has consented to this request.

Respectfully submitted,

*/s/ Christine Chung*
Christine H. Chung

cc:   Michael Ferrara, AUSA
       Samidh Guha, Jones Day

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS