# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3721
sguha@jonesday.com

November 9, 2015

<u>VIA ECF</u>

Chief Judge Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

   Re:  *United States v. Rajaratnam*, 09 Cr. 1184 (LAP)

Dear Chief Judge Preska:

  We represent Defendant Raj Rajaratnam in the above-captioned matter in connection with his motion seeking a writ of *coram nobis*. Pursuant to your Honor's Individual Practice Rule II.E, we respectfully request oral argument on Mr. Rajaratnam's Motion for a Writ of Error *Coram Nobis* (Docket Entry No. 351). This motion is fully briefed as of last Friday, November 6, 2015.

  Thank you for Your Honor's consideration of this request.

            Respectfully submitted,


            <u>s/ Samidh Guha</u>

            Samidh Guha

cc:  All counsel of record