UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff,

-against-

RAJ RAJARATNAM,

           DEFENDANT.

09 CR 1184 (LAP)

ORDER

Loretta A. Preska, Senior United States District Judge:

    The Court is in receipt of Mr. Rajaratnam's request for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1).  (Dkt. no. 383.)  The Government shall, and Probation may, respond to Mr. Rajaratnam's request on or before June 15, 2022.

**SO ORDERED.**

Dated:   New York, New York
          May 12, 2022

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge